JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| VERNON CASTLE BROWN, JR. III, ) | Case No. CV 20-00718-CAS (AS) |
| ) | |
| Petitioner, ) | **ORDER OF DISMISSAL** |
| ) | |
| ) | |
| v. ) | |
| ) | |
| JEFF McCOMBER, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**I.  BACKGROUND**

On January 23, 2020, Vernon Castle Brown, Jr. III
("Petitioner"), a California state prisoner proceeding <u>pro</u> <u>se</u>,
filed a "Petition for Writ of Habeas Corpus"("Petition"). (Docket
Entry No. 1).[1]

The Petition does not contain any information or assert any
claims. (<u>See</u> Petition at 2-7). Simply listing cases, statutes

_____

[1]     The Court notes that Petitioner has filed numerous
habeas petitions in this Court which have been dismissed.

1

and rules (see Petition at 7) is not an assertion of clear and cognizable claims.

A Petition for Writ of Habeas Corpus can only be filed by a petitioner who is in state custody and contends that such custody is in violation of the Constitution, laws or treaties of the United States.  28 U.S.C.  § 2254(c).

In addition, Petitioner has failed to allege any claim(s), much less any the claims which go to the fact or duration of his confinement.  See Preiser v. Rodriquez, 411 U.S. 475, 489 (1973).

Because Petitioner does not state a claim for relief under 28 U.S.C. § 2254, dismissal of the Petition is warranted.

## II.  ORDER

ACCORDINGLY, IT IS ORDERED that the Petition be dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 29, 2020

_Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

2